# Third District Court of Appeal
## State of Florida

Opinion filed October 8, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-0796
Lower Tribunal No. F05-12002B
_____

**Samuel Wright,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Ellen Sue Venzer and Marisa Tinkler Mendez, Judges.

Samuel Wright, in proper person.

James Uthmeier, Attorney General, and Magaly Rodriguez, Assistant Attorney General, for appellee.

Before SCALES, C.J., and LOGUE and GORDO, JJ.

PER CURIAM.

Affirmed.